STATE of Missouri, Respondent,

v.

Jerry D. SMITH, Appellant.

No. WD 75922.

Missouri Court of Appeals, Western District.

March 11, 2014.

Andrew C. Hooper, for Respondent.

Damien De Loyola, for Appellant.

Before Division Four: JAMES E. WELSH, Chief Judge, JOSEPH M. ELLIS, Judge and LARRY D. HARMAN, Special Judge.

### ORDER

PER CURIAM:

Jerry Smith appeals from his convictions of one count of attempted manufacture of methamphetamine, § 195.211, and one count of tampering with physical evidence, § 575.100. Having reviewed the record and considered the arguments advanced on appeal, we find no error and affirm the judgment of conviction. No jurisprudential purpose would be served by a formal, published opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. **Rule 30.25(b).**

In the Interest of C.W.S., Appellant

v.

JUVENILE OFFICER, Respondent.

No. WD 76375.

Missouri Court of Appeals, Western District.

March 11, 2014.

Lori A. Fluegel, Kansas City, for respondent.

Megan Roth, Jeffrey Quinn McCarther, Amanda Rene Tamayo, Kansas City, for appellant.

Before Division Three ANTHONY REX GABBERT, P.J., VICTOR C. HOWARD, THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM:

C.W.S. appeals the circuit court's judgment sustaining the Juvenile Officer's allegation that C.W.S. committed an act which would amount to one count of statutory sodomy in the first degree, in violation of Section 566.062, RSMo Cum.Supp.2012, if committed by an adult. We affirm. Rule 84.16(b).